Exhibit A to the Complaint

**Location:** Sacramento, CA  **IP Address:** 73.151.99.229
**Total Works Infringed:** 36  **ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 32746C698A142D414674E13A5EC1C7491E5C2055 | Blacked | 07/10/2018 17:37:15 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 2 | 04BCA2287880FE4DC823F1448169418A8E4C7360 | Tushy | 11/27/2017 19:21:58 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 3 | 1096CDDF4898046E37BF746EF1CBCCE9F23F5411 | Tushy | 06/06/2018 15:13:03 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 4 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | Tushy | 01/02/2018 05:17:45 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 5 | 25BB736475DB18C804D23B6C8888A5CA4BC9F352 | Vixen | 07/10/2018 17:32:36 | 02/28/2018 | 03/15/2018 | 16490950592 |
| 6 | 31148997CD9F0DD687B5322CE359E163DE2BFAA7 | Blacked | 12/27/2017 02:25:45 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 7 | 3754C381E6B3DCC20647F7F94277B364471F090F | Blacked | 06/05/2018 15:25:33 | 05/24/2018 | 06/30/2018 | 16761900432 |
| 8 | 3C109B5928289FD0855824AB59FDCD825AE3DE52 | Vixen | 06/16/2018 19:47:30 | 05/09/2018 | 05/19/2018 | 16665888184 |
| 9 | 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC | Vixen | 03/31/2018 14:42:45 | 03/30/2018 | 04/07/2018 | 16490992551 |
| 10 | 400625A24D4B1350C5C9869DC1C9F7767C73C4D3 | Tushy | 07/01/2018 15:57:23 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 11 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 06/28/2018 16:32:25 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 12 | 4B7D7B6A92D5CA6940A7C12173B44A4B3D0D5D9E | Tushy | 07/10/2018 19:39:29 | 07/10/2018 | 07/19/2018 | 16822264585 |
| 13 | 53B63347AEFFE36C5758F862EBE76328D5C53544 | Blacked | 07/10/2018 17:32:46 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 14 | 5D3D46A16927AAA55DB1BEDEE46DC9C5EB846F84 | Vixen | 06/27/2018 21:58:35 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 15 | 60B1F250443CE8ACAC6E4BE6DAE670CBFA489E11 | Tushy | 07/10/2018 16:59:46 | 02/20/2018 | 03/01/2018 | PA0002079187 |
| 16 | 6A06C1EEFFB2743219C56954297DE349D9DCF511 | Vixen | 12/17/2017 02:30:44 | 12/15/2017 | 01/24/2018 | PA0002101764 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 70EA4507606918AE97CFB4C96B9F691455823620 | Tushy | 06/16/2018 20:33:57 | 06/05/2018 | 06/30/2018 | 16761912618 |
| 18 | 729F4F046005EFDCD2954C73FC9786EA9522F034 | Blacked | 05/26/2018 14:39:00 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 19 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | Tushy | 05/23/2018 17:11:28 | 05/21/2018 | 06/30/2018 | 16758569333 |
| 20 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 10/31/2017 19:31:27 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 21 | 85B0EADEDFE575A6815767C63015E183C9597C94 | Vixen | 04/30/2018 01:01:17 | 04/29/2018 | 05/19/2018 | 16665915497 |
| 22 | 85D5FBF147E9471F935771CE52471E3036270454 | Tushy | 06/28/2018 16:56:54 | 05/26/2018 | 06/30/2018 | 16758501472 |
| 23 | 9DF59B4352F2B0E3E99B0FE0FB3114D9F4AC312B | Vixen | 10/21/2017 18:46:56 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 24 | 9E23D180CE13A745D888960C51567F094143E3F7 | Tushy | 05/30/2018 16:33:07 | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 25 | A2F9217CA42EBC874119782045B8EC8637F1D237 | Blacked Raw | 06/27/2018 18:30:03 | 04/12/2018 | 05/19/2018 | 16665887442 |
| 26 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 11/24/2017 20:02:26 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 27 | AE6A89DD0FB4978EAC561028F9FB06AA0A8D7E6A | Tushy | 12/31/2017 20:46:25 | 05/01/2017 | 06/15/2017 | PA0002037577 |
| 28 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 06/18/2018 18:14:34 | 06/09/2018 | 06/30/2018 | 16758501887 |
| 29 | B3DEFD5D9E8F8B3502CA29CFC04F8BA5ED6C6811 | Vixen | 05/24/2018 17:57:51 | 05/24/2018 | 06/30/2018 | 16755462372 |
| 30 | BBA5827A31A428BE543FFB62F7A19AB96C865BFD | Tushy | 07/04/2018 19:04:50 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 31 | C46C89EC583204AFB6DC4980864517ECC2F1E1F0 | Vixen | 07/11/2018 16:24:33 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 32 | C4A7D13B27AB318405EC3F9D62C8D9A877BB9533 | Blacked | 07/09/2018 17:58:59 | 07/04/2018 | 07/15/2018 | 16822264526 |
| 33 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/28/2017 00:40:55 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 34 | CFEBC9AE50CD5776401B39FF5FF280EB18AED998 | Vixen | 05/17/2018 22:30:22 | 05/14/2018 | 05/19/2018 | 16665915595 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/18/2018 18:36:57 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 36 | FB3BE6815044F9B4866DD510C68A6E4544BFB5A5 | Blacked | 03/31/2018 14:43:19 | 03/16/2018 | 04/12/2018 | PA0002091582 |